**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**VINCENT BROWN**                                                 **PETITIONER**

v.                                                                **No. 2:06CV130-P-A**

**STATE OF MISSISSIPPI, ET AL,**                                 **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted. This ruling shall not affect the petitioner's right to file these same claims under 42 U.S.C. § 1983, subject to the various defenses to such claims.

**SO ORDERED,** this the 29th day of January, 2007.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE